**RAIL-TERM CORP., Petitioner**

v.

**RAILROAD RETIREMENT BOARD, Respondent**

No. 11-1093
September Term, 2015

United States Court of Appeals, District of Columbia Circuit.

Filed On: August 3, 2016

**RRB-BCD-11-14**

Dennis Martin Devaney, Esquire, Attorney, Varnum LLP, Novi, MI, John David Heffner, Strasburger & Price, LLP, Michael Francis Smith, The Smith Appellate Law Firm, Washington, DC, for Petitioner

Steven A. Bartholow, General Counsel, Rachel L. Simmons, Esquire, Railroad Retirement Board, (RRRB) Office of General Counsel, Chicago, IL, for Respondent

Robert Edward Paul, Attorney, Michael S. Wolly, Zwerdling, Paul, Kahn & Wolly, PC, Washington, DC, for Amicus Curiae for Respondent American Train Dispatchers Association

BEFORE: Garland,* Chief Judge; Kavanaugh, Circuit Judge; and Ginsburg, Senior Circuit Judge

* Chief Judge Garland was a member of the panel at the time the case was argued but did not participate in this matter.

**ORDER**

Per Curiam

Upon consideration of respondent's motion for summary affirmance, the opposition thereto, and the reply; and petitioner's motion to govern further proceedings and for supplemental briefing on the issue of whether petitioner is a "rail carrier" under 49 U.S.C. § 10102(5), the opposition thereto, and the reply, it is

**ORDERED** that petitioner's motion to govern and for supplemental briefing be granted to the extent that this case be returned to the court's active docket and be denied as to the request for supplemental briefing. It is

**FURTHER ORDERED** that respondent's motion for summary affirmance be granted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.